# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL JUST, AN INDIVIDUAL; AND EAGLE ROCK ASSET MANAGEMENT, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

Appellants,

vs.

FIRST 100, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND 1ST ONE HUNDRED HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 81237

FILED

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court findings of fact and conclusions of law and judgment. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

This court previously entered orders directing appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. In the latest-filed order, this court indicated that the claims against Kregg Hale appeared to remain pending in the district court such that no final judgment appealable under NRAP 3A(b)(1) has been entered by the district court. Although the claims against Hale were removed to arbitration, no written, file-stamped order formally dismissing or otherwise resolving the claims against Hale appeared to have been entered by the district court. In response, appellants assert the claims were resolved in the March 11, 2015, district court order removing the claims to arbitration.

The order removing the claims against Hale to arbitration does not formally dismiss or otherwise resolve the claims. It thus appears that

20-42441

the claims against Hale remain pending in the district court and no final judgment appealable under NRAP 3A(b)(1) has been entered in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). No other statute or court rule appears to allow an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, it appears that this court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

cc:    Hon. Mark R. Denton, District Judge
       Janet Trost, Settlement Judge
       Takos Law Group, Ltd.
       Maier Gutierrez & Associates
       Eighth District Court Clerk